LEE WAY MOTOR FREIGHT, Inc., Appellant,

v.

Bert Walter NICHOLS, Jr., by his natural Father and next Friend, Bert Walter Nichols.

No. 15641.

United States Court of Appeals Eighth Circuit.

Dec. 21, 1956.

Sam Mandell and E. E. Thompson, Kansas City, Mo., for appellant.

Melvin L. Kodas and Samuel L. Sayles, Kansas City, Mo., for appellee.

Appeal from District Court dismissed, on stipulation of parties.

John H. GREENE, Appellant,

v.

WASHINGTON NATIONAL INSURANCE COMPANY.

No. 15671.

United States Court of Appeals Eighth Circuit.

Nov. 8, 1956.

W. J. Smith and W. A. Eldridge, Jr., Little Rock, Ark., for appellant.

J. W. Barron and A. F. House, Little Rock, Ark., for appellee.

Appeal from District Court dismissed at costs of appellant, on stipulation of parties.

William Bertie HANDLEY, Administrator of the Estate of Margaret Yvonne Handley, deceased, Appellant,

v.

CITY OF HOPE, ARKANSAS.

No. 15563.

United States Court of Appeals Eighth Circuit.

Nov. 20, 1956.

George F. Edwardes, Texarkana, Ark., for appellant.

Claude V. Nunn, Jr., Hope, Ark., for appellee.

Appeal from District Court, 137 F. Supp. 442, dismissed, on motion of appellant.

Peter R. HIGGINS, Sr., Appellant,

v.

UNITED STATES of America.

No. 15692.

United States Court of Appeals Eighth Circuit.

Nov. 30, 1956.

Robert N. Jones, St. Louis, Mo., for appellant.

Harry Richards, U. S. Atty., St. Louis, Mo., and Forrest Boecker, Asst. U. S. Atty., Clayton, Mo., for appellee.

Appeal from District Court docketed and dismissed for want of prosecution, on motion of appellee.